# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JUDITH EIKSTADT  Case Number: 07-71861
321 MAIN
DAKOTA, IL  61018                    SSN-xxx-xx-0457

Case filed on: 8/6/2007
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | OSTLING & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HAUSELMAN, RAPPIN & OLSWANG | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | TAX LIEN INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | JUDITH EIKSTADT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 24,947.57 | 24,947.57 | 0.00 | 0.00 |
| 003 | KENT BANK | 1,867.43 | 1,867.43 | 0.00 | 0.00 |
| 004 | STEPHENSON COUNTY TREASURER | 1,975.80 | 1,939.00 | 0.00 | 0.00 |
| 005 | STEPHENSON COUNTY TREASURER | 1,751.87 | 1,751.87 | 0.00 | 0.00 |
|  | Total Secured | 30,542.67 | 30,505.87 | 0.00 | 0.00 |
| 004 | STEPHENSON COUNTY TREASURER | 0.00 | 36.80 | 0.00 | 0.00 |
| 006 | ACCOUNT LIQUIDATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BOUC FAMILY WELLNESS CNTR LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BUSINESSMENS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 667.88 | 667.88 | 0.00 | 0.00 |
| 010 | CREDIT BUREAU CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 3,617.11 | 3,617.11 | 0.00 | 0.00 |
| 013 | FREEPORT REHAB & HCC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LEMANSKI HEATING & A/C INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MERCY HOSPITAL & CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MIDLAND CREDIT MANAGEMENT INC | 345.47 | 345.47 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | OLD REPUBLIC SURETY COMPANY | 10,997.00 | 10,997.00 | 0.00 | 0.00 |
| 021 | PLATINUM RECOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 1,147.46 | 1,147.46 | 0.00 | 0.00 |
| 024 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | TRI STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | TRI STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | TRI STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 16,774.92 | 16,811.72 | 0.00 | 0.00 |
|  | Grand Total: | 47,317.59 | 47,317.59 | 0.00 | 0.00 |

Total Paid Claimant:          $0.00
Trustee Allowance:            $0.00             Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00              discharging the trustee and the trustee's surety from any and all
                                                liablility on account of the within proceedings, and closing the estate,
                                                and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                By  /s/Heather M. Fagan